1  ALAN ADELMAN, ESQ.  BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California  94108
   Telephone:  (415) 956-1360
4  Facsimile: (415) 625-1339

5  ELIZABETH S. MANCL, ESQ.  BAR NO: 191844
   Attorney at Law
6  508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
7  Telephone: (530) 751-1695
   Facsimile: (530) 751-2384
8
   Attorneys for Plaintiff
9

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH HYATT, | CASE NO.: 2:08-CV-01067-JAM-JFM |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| WAFFLE BARN, INC., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendant WAFFLE BARN, INC., and Plaintiff, SARAH HYATT (the "Parties"), through their respective attorneys of record, that the Parties have agreed to resolve the case between them by way of settlement.

The Parties further stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1) and (2), that this Court enter a dismissal of Plaintiff's Complaint in United States District Court Case No. 2:09-CV-01067-JAM-JFM with prejudice as to Defendant WAFFLE BARN, INC.  The Parties further stipulate that each party shall bear its own costs and fees with respect to any claims they may have against each other in the

instant action.

Dated:   December 15, 2009            LAW OFFICES OF ELIZABETH S. MANCL


By: /s/ Elizabeth S. Mancl
    ELIZABETH S. MANCL
    Attorney for Plaintiff


Dated: December   15, 2009            MATHENY SEARS LINKERT & JAIME, LLP


By:   /s/ Michael A. Bishop
    MICHAEL A. BISHOP
    Attorneys for Defendant


IT IS HEREBY ORDERED that pursuant to the Stipulation of Dismissal, Plaintiff's Complaint in United States District Court Case No. 2:08-CV-01067-JAM-JFM is hereby dismissed with prejudice as to Defendant WAFFLE BARN, INC.  Each Party shall bear its own costs and fees, except as otherwise set forth in the Settlement Agreement and Mutual Release, which is incorporated herein by reference.

IT IS ORDERED.


Dated: December 16, 2009            /s/ John A. Mendez
    **U.S. DISTRICT COURT JUDGE**